■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOROTHY CALL, Appellant.—Appeal by defendant from a judg-

ment of the County Court, Rockland County (Edelstein, J.), rendered June 27, 1983, convicting her of burglary in the second degree and petit larceny, upon her plea of guilty, and imposing sentence.

Judgment affirmed *(see, People ex rel. Leventhal v Warden,* 102 AD2d 317). O'Connor, J. P., Weinstein, Niehoff and Eiber, JJ., concur.